Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–30569–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Warren J Cooper | Marcianne Cooper |
| 510 Arndt Avenue | 510 Arndt Avenue |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

Social Security No.:
xxx–xx–3319     xxx–xx–8344

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 1/8/20
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

　　　An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

　　　**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: October 31, 2019
JAN: llb

　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

# United States Bankruptcy Court
## District of New Jersey

In re:  
Warren J Cooper  
Marcianne Cooper  
    Debtors

Case No. 19-30569-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Oct 31, 2019 |
|---|---|---|---|
| | Form ID: 132 | Total Noticed: 18 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.

```
db/jdb         +Warren J Cooper,   Marcianne Cooper,   510 Arndt Avenue,   Riverside, NJ 08075-3704
518543426      +Account Resolution Services,   Attn: Bankruptcy,   Po Box 459079,   Sunrise, FL 33345-9079
518543427      +Andrew D Horowitz,   235 Peachtree Street NE,   Suite 1900,   Atlanta, GA 30303-1417
518543428      +Apex Asset Management,   2501 Oregon Pike,   Suite 201,   Lancaster, PA 17601-4890
518543429     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                El Paso, TX 79998)
518543430      +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
518543432      +Cenlar Mortgage Central loan Administrat,   Attn: Bankruptcy,   425 Phillips Blvd,
                Ewing, NJ 08618-1430
518543433      +First Federal Credit Control,   Attn: Bankruptcy,   24700 Chagrin Blvd, Ste 205,
                Cleveland, OH 44122-5662
518543437      +Nissan Motor Acceptance,   Attn: Bankruptcy,   Po Box 660360,   Dallas, TX 75266-0360
518543440      +Td Auto Finance,   Attn: Bankruptcy,   Po Box 9223,   Farmington Hilss, MI 48333-9223
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2019 00:11:59     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2019 00:11:56     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518543431       E-mail/Text: clientrep@capitalcollects.com Nov 01 2019 00:13:04     Capital Collection Services,
                Attn: Bankruptcy,   Po Box 150,   West Berlin, NJ 08091
518543434      +E-mail/Text: cio.bncmail@irs.gov Nov 01 2019 00:11:09     Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
518543435      +E-mail/Text: bncnotices@becket-lee.com Nov 01 2019 00:10:53     Kohls/Capital One,
                Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
518543436      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2019 00:13:43
                LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                Greenville, SC 29603-0497
518543438       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 00:26:43
                Portfolio Recovery,   Attn: Bankruptcy,   120 Corporate Blvd,   Norfold, VA 23502
518543439       E-mail/Text: colleen.atkinson@rmscollect.com Nov 01 2019 00:13:00     Receivable Management Inc,
                7206 Hull Rd,   Ste 211,   Richmond, VA 23235
                                                                                              TOTAL: 8
```

***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:

```
              Albert   Russo    docs@russotrustee.com
              Brad J. Sadek    on behalf of Debtor Warren J Cooper bradsadek@gmail.com,   bradsadek@gmail.com
              Brad J. Sadek    on behalf of Joint Debtor Marcianne  Cooper bradsadek@gmail.com,
               bradsadek@gmail.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```