| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>*Attorneys for Creditor,* Cenlar as servicer for CitiMortgage, Inc.<br>By: Maria Cozzini, Esq. | |
| In Re:<br><br>Warren J Cooper and Marcianne Cooper<br><br>Debtor(s). | Judge: Jerrold N. Poslusny, Jr., Chief U.S.B.J.<br><br>Chapter 13<br><br>Case No.: 19-30569-JNP |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Cenlar as servicer for CitiMortgage, Inc.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

　　Stern Lavinthal & Frankenberg LLC
　　105 Eisenhower Parkway - Suite 302
　　Roseland, NJ  07068

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

DATED:  November 15, 2019　　　　　　　　　Stern Lavinthal & Frankenberg LLC

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Maria Cozzini*
　　　　　　　　　　　　　　　　　　　　　　　　　Maria Cozzini, Esq.

*new.8/1/15*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-2(c)** Stern, Lavinthal & Frankenberg, LLC 105 Eisenhower Parkway, Suite 302 Roseland, New Jersey 07068-0490 Telephone Number (973)797-1100 Telecopier Number (973)228-2679 Email: mcozzini@sternlav.com Attorneys for Secured Creditor, Cenlar as servicer for CitiMortgage, Inc. By: Maria Cozzini, Esq. | |
|---|---|
| In Re: <br><br> Warren J Cooper and Marcianne Cooper, <br><br> Debtor(s) | Judge: Jerrold N. Poslusny, Jr., Chief U.S.B.J. <br><br> Chapter 13 <br><br> Case No.: 19-30569-JNP |

## CERTIFICATION OF SERVICE

1. I, Jennifer Blanchard:
   - ☐ represent the _____ in the above-captioned matter.
   - ☒ am the secretary/paralegal for Stern, Lavinthal & Frankenberg, LLC, who represents the Creditor in the above captioned matter.
   - ☐ am the _____ in the above case and am representing myself.
1. On November 15, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance and Request.
2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                            */s/ Jennifer Blanchard*
                                                              Jennifer Blanchard

Dated: November 15, 2019
201902165

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Warren J Cooper<br>510 Arndt Avenue<br>Riverside, NJ 08075<br>BURLINGTON-NJ<br><br>Marcianne Cooper<br>510 Arndt Avenue<br>Riverside, NJ 08075<br>BURLINGTON-NJ | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street<br>Ste 502<br>Philadelphia, PA 19107 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Isabel Balboa, Esq.,<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.